THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18 MC 33

| | |
|---|---|
| IN THE MATTER OF THE ) | |
| SEARCH OF INFORMATION ) | |
| ASSOCIATED WITH APPLE ID ) | |
| COURTNEYMHILLIARD@YAHOO.COM ) | ORDER |
| THAT IS STORED AT PREMISES ) | |
| CONTROLLED BY APPLE. ) | |
| ) | |

This matter is before the Court on the Government's Motion for Redaction of Affidavit (Doc. 8), which requests leave to substitute the original sealed Affidavit associated with the Search Warrant (Doc. 1) with a redacted Affidavit.

For the reasons stated therein, the Motion (Doc. 8) is **GRANTED**, and the Government is given leave to substitute the original Affidavit with the redacted version.

Signed: March 15, 2019

W. Carleton Metcalf
United States Magistrate Judge