# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18 MC 33

| | |
|---|---|
| IN THE MATTER OF THE ) | |
| SEARCH OF INFORMATION ) | |
| ASSOCIATED WITH APPLE ID ) | |
| COURTNEYMHILLIARD@YAHOO.COM ) | **ORDER TO UNSEAL** |
| THAT IS STORED AT PREMISES ) | |
| CONTROLLED BY APPLE. ) | |
| ) | |

This matter is before the Court on the Government's Motion to Unseal (Doc. 9), which requests that the Court issue an order unsealing the case, including the Search Warrant (Doc. 1) and associated documents.

For the reasons stated therein, the Motion (Doc. 9) is **GRANTED**, and the Court orders that this matter be **UNSEALED**.

Signed: March 15, 2019

W. Carleton Metcalf
United States Magistrate Judge